UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JASON WILLIAMS, also known as Lael Fells,

                            Petitioner,

                    vs                                    9:02-CV-695

JOHN W. BURGE, Superintendent, Auburn
Correctional Facility,
                            Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

JASON WILLIAMS
also known as Lael Fells
Petitioner, Pro Se
92-B-1929
Gouverneur Correctional Facility
P.O. Box 480
Gouverneur, NY 12642

HON. ELIOT L. SPITZER                    GERALD J. ROCK, ESQ.
Attorney General of the                      Asst. Attorney General
  State of New York
Attorney for Respondent
Department of Law
The Capitol
Albany, NY 12224-0341

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Petitioner, Jason Williams, also known as Lael Fells, brought this petition for a writ

of habeas corpus pursuant to 28 U.S.C. § 2254. By a report recommendation dated

August 15, 2005, the Honorable David E. Peebles, United States Magistrate Judge, recommended that the petition for a writ of habeas corpus be denied and dismissed in its entirety.  Petitioner has filed timely objections.

Based upon a de novo determination of the report and recommendation, including the portions to which petitioner objected, the Report-Recommendation is accepted and adopted in whole.  See 28 U.S.C. 636(b)(1); Rule 10, Rules Governing Section 2254 Cases.

Accordingly, it is

ORDERED that the petition is DENIED and DISMISSED in its entirety.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   December 7, 2005
         Utica, New York.